# McNamee, Lochner, Titus & Williams, P.C.

ATTORNEYS AT LAW

SCOTT A. BARBOUR
Direct Dial
(518) 447-3213

Direct Fax
(518) 867-4713

barbour@mltw.com

September 29, 2015

**Via E-File**

The Honorable Thérèse Wiley Dancks
United States District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

    Re:    **Thomas Sperati v. CSX Transportation, Inc.**
            **Civil Action No.: 14-CV-888**

Dear Judge Dancks:

The following will serve to provide a status report with respect to this matter. This status report is submitted in accordance with the Court's Text Order dated September 21, 2015.

Under the express terms of the Settlement Agreement and Final Release, Plaintiff must sign an IRS Form W-9 as a pre-condition to CSXT producing the settlement checks. We have not received the IRS Form W-9 from Plaintiff and are awaiting receipt of it.

It is our expectation that all settlement documents will be signed, and settlement drafts provided to plaintiff's attorneys, on or before October 15, 2015. We will, thereafter file a Stipulation of Discontinuance with the Court in order to formally conclude this matter.

Thank you for your attention to this matter.

Respectfully submitted,

Scott A. Barbour

SAB:jmv
cc:    (Via E-File)
        Marc Wietzke, Esq.
        Joseph C. Devine, Esq.
        Samuel E. Endicott, Esq.

{M0980831.1 }