UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
THOMAS SPERATI,

               Plaintiff,                            **STIPULATION OF DISCONTINUANCE**

   -against-

CSX TRANSPORTATION, INC.,                  Civil Action No: 14-CV-00888

              Defendant.                          TJM/TWD
-------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same is hereby discontinued, against the defendant, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 26, 2015

FLYNN & WIETZKE, P.C.                        McNAMEE, LOCHNER, TITUS
                                                                                            & WILLIAMS, P.C.

By: _____          By: _____
     Marc Wietzke, Esq.                                    Scott A. Barbour, Esq.
     Attorneys for Plaintiff                                  677 Broadway, Suite 500
     1205 Franklin Avenue, Suite 370                  Albany, New York  12207
     Garden City, New York  11530

                                                                         Joseph C. Devine, Esq.
                                                                         Baker & Hostetler, LLP
                                                                         Capitol Square, Suite 2100
                                                                         65 East State Street
                                                                         Columbus, Ohio  43215-4260

{M0946811.1 }